UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>J. GALLAGHER, et al.,<br><br>Defendants. | Case No. 1:19-cv-0654-JLT (PC)<br><br>**ORDER TO ASSIGN A DISTRICT JUDGE; AND**<br><br>**FINDINGS AND RECOMMENDATIONS TO PROCEED ONLY ON COGNIZABLE CLAIMS**<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff's complaint was screened and found to state several cognizable claims: (1) an Eighth Amendment claim for denial of food against defendants Burnes, Gallagher, Rodriguez, and Randolph; (2) a First Amendment retaliation claim against defendants Burnes, Loza, Rodriguez, and Ruiz; (3) an Eighth Amendment excessive force claim against defendants Ruiz and Rodriguez; and (4) an Eighth Amendment failure to protect claim against defendants Burnes and Loza. (Doc. 9.) No other claims were cognizable as pled.

Plaintiff was then directed to file a notice as to whether he wished to proceed on his complaint as screened, to stand on his complaint, or to file an amended complaint. He has now filed a notice of his intent to proceed on the complaint as screened. (Doc. 10.)

Accordingly, the Court ORDERS that a district judge be assigned to this case; and

The Court RECOMMENDS that this action proceed only on the claims identified above and

for the reasons stated in the November 26, 2019, Screening Order. All other claims and defendants should be dismissed.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **January 9, 2020**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE