UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. GALLAGHER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-CV-00654-NONE-JLT (PC)<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Motion for Protective Order is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery in this matter, except that pertaining to the subject of exhaustion, be stayed until the Court rules on Defendants' motion for summary judgment. After this ruling, the Court will issue a new scheduling order, if necessary.

IT IS SO ORDERED.

　Dated:　**November 5, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE